UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RACHEL SPADE; and RHONDA MYERS,  )
                                 )   2:07-cv-00362-GEB-DAD
          Plaintiffs,            )
                                 )
     v.                          )   ORDER RE ATTORNEYS' FEES
                                 )
PEPSI BOTTLING GROUP, INC.;      )
RAY MEEK; and SCOTT PAPILLION,   )
                                 )
          Defendants.            )
_____)

On May 13, 2008, Plaintiffs were directed to pay Defendants' reasonable attorney's fees incurred in litigating Plaintiffs' untimely disclosure of expert witnesses. The May 13 Order authorized filings on the issue, which have been received.

The parties dispute the amount of reasonable attorney's fees. Defendants' counsel requests an award of $10,000, declaring that this amount is reasonable in light of what they did and the time involved in litigating the issue. (Decl. of Esperanza Cervantes ¶¶ 4-5.)

Plaintiffs counter this amount appears excessive, and since Plaintiffs have not been provided "a more specific breakdown

1

1  by [] Defendants of the activities and time spent on the individual
2  components of their motion, Plaintiffs are prejudiced from being
3  able to fully respond to the . . . hours Defendants claim they
4  spent on this limited issue." (Opp'n at 2:7-10.)  Plaintiffs argue
5  the fees should be denied under the circumstances "or limited to no
6  more than $2,970," which Plaintiffs indicate would be a reasonable
7  fee in light of the time Plaintiffs' attorney spent litigating the
8  issue.  (Id. at 2:11-13.)

9       Defendants as the moving parties have the burden to
10 submit supporting documentation with their fee motion that provides
11 "sufficient detail so that the Court can determine 'with a high
12 degree of certainty' that the hours billed were actually and
13 reasonably expended."  Hiram C. v. Manteca Unified Sch. Dist., 2004
14 WL 4999156, *2 (E.D. Cal. Nov. 5, 2004) (quoting Watkins v. Vance,
15 328 F. Supp. 2d 27, 31 (D.D.C. 2004)).  Since it is unclear from
16 the filings what fee to award, but it is clear that at a minimum
17 Defendants are entitled $2,970 in attorney's fees, Plaintiffs shall
18 pay to Defendants $2,970 in attorneys' fees no later than sixty
19 days after the date on which this Order is filed.

20       IT IS SO ORDERED.

21 Dated:  June 5, 2008

23                              _____
                                GARLAND E. BURRELL, JR.
24                              United States District Judge